IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE CHAVEZ, G-02981,<br><br>　　　　　Plaintiff(s),<br><br>　v.<br><br>MATTHEW CATE, et al.,<br><br>　　　　　Defendant(s). | )<br>)<br>)　No. C 13-1437 CRB (PR)<br>)<br>)　ORDER<br>)<br>)<br>)<br>) |

　　Currently before the court are defendant E. Schneider's motion for summary judgment (docket #9) and additional motion for summary judgment (docket #14), and defendants R. Grounds, F. Mejia, E. Bridgnell, F. Tuvera, E. Sullivan and M. Ku's motion for summary judgment (docket #24).

　　Plaintiff shall file an opposition, or a notice of non-opposition, to each of the motions by no later than March 14, 2014, and defendants shall file a reply to any opposition within 14 days of the filing date of the opposition.

SO ORDERED.

DATED:  Feb. 7, 2014　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　United States District Judge

G:\PRO-SE\CRB\CR.13\Chavez, J.13-1437.or2.wpd